PROB 12A
(7/93)
(Auto. 11/93)

# United States District Court

for

Southern District of Indiana

**Report on Offender Under Supervision**

FILED
JAN 20 2010
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| Name of Offender: | Sean Michael Harris     Case Number: 1:09CR00134-001 |
| Name of Sentencing Judicial Officer: | The Honorable David F. Hamilton, Sitting by Designation (transferred from ED/MO) |
| Date of Original Sentence: | 3-18-05 |
| Original Offense: | Possession with the Intent to Distribute a Quantity of a Mixture or Substance Containing a Detectable Amount of Phencyclidine |
| Original Sentence: | 72 months imprisonment and 2 years supervised release |
| Type of Supervision: | Supervised Release     Date Supervision Commenced: 7-17-09 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | *"The defendant shall refrain from any unlawful use of a controlled substance."* |
| 2 | *"The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."* |
| 3 | *"The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered."* |
| | On November 14, 25, 30, and December 4, 2009, the defendant submitted urine samples which tested positive for phencyclidine. The defendant readily admitted using the substance. |

U.S. Probation Officer Action:

As a result of the positive urine tests, Mr. Harris received a verbal reprimand, was assessed a $75 relapse fee, and was referred to a more intensive level of substance abuse treatment and testing at the Volunteers of America. Subsequent tests submitted on December 15, 24, 31, 2009, and January 5, 2010, were negative for illegal substances. He maintains a stable residence and is gainfully employed. Based on this plan, no action by the Court is recommended at this time.

SCANNED

Respectfully submitted,

by *Jason Phillips*
Jason Phillips
U.S. Probation Officer
Date: January 14, 2010

JCP/

Approved by:

*Dwight J. Wharton*
Dwight T. Wharton
Chief U.S. Probation Officer

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] In full agreement with the recommendation
[ ] Other as directed: _____

_____
Signature of Judicial Officer

1/25/10
Date